IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR345 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSE VERDUZCO-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's pro se motion for credit for time served (Filing No. 55).

IT IS ORDERED:

1. A hearing on the above motion is scheduled for hearing before the undersigned on **June 7, 2007, at 1:00 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. **The attorney for the government and the attorney for the defendant will be present for the hearing; the defendant will not be present for the hearing.** If the defendant wishes to participate telephonically in the hearing, his attorney must notify chambers at least 24 hours before the hearing of the telephone number and contact person at the institution which defendant is incarcerated.

2. The Clerk's Office is directed to send this order electronically to the defendant's attorney and to mail a copy of this order to the defendant at his address as indicated in Filing No. 55.

Dated this 8th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge